CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 27 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLYDE TUCK, | ) | CASE NO. 7:11CV00450 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| DIRECTOR, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's motion for interlocutory injunctive relief (ECF No. 23) is hereby **DENIED.**.

ENTER: This 27th day of December, 2011.

/s/ Glen E. Conrad
Chief United States District Judge