CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 13 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLYDE TUCK, | ) | CASE NO. 7:11CV00450 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| DIRECTOR, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Because plaintiff's submissions docketed as ECF Nos. 10, 23, and 35 present additional allegations and documents in support of his claims, they are **CONSTRUED** and **GRANTED** as amendments to the amended complaint (ECF No. 19);

2. Defendant Elko's motion to dismiss (ECF No. 32) is **GRANTED**;

3. All claims against the director of medical services for the Virginia Department of Corrections and John and Jane Does are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and

3. The action is stricken from the active docket of the court.

ENTER: This 13th day of July, 2012.

/s/ Glen E. Conrad
Chief United States District Judge